# CHARLES C. MCCLOSKEY, LLC
Law Office
763 S. NEW BALLAS ROAD, SUITE 305
ST. LOUIS, MISSOURI 63141

PATENTS, TRADEMARKS,
AND RELATED CAUSES

TEL: (314) 872-8136
FAX: (314) 447 0390

Charles C. McCloskey

May 28, 2010

ccmlaw@socket.net

Mr. Kerry Wells
1530 Twillman Ave.
Spanish Lake, MO 63138

    RE:    Illuminated Sign
    Docket No.:  349B design JESUS

Dear Mr. Wells:

    We hope your summer starts well. Perhaps more thunderstorm activity may lead to additional roofing work. Earlier this spring, a revised drawing was submitted for this application. However, the Examiner has grumbled that the drawing was missing a form.

    The Examiner from the Patent Office requests a power of attorney form. Though we submitted the application on your behalf last year, the power of attorney officially appoints us to your application.

    Please review and sign the enclosed power of attorney and return it to us promptly. If you have any questions, please let us know.

Sincerely,

*[signature]*

Charles C. McCloskey

Encl.: power of attorney
drawings

*Complainant's Exhibit A-1*