UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KERRY S. WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:17-cv-02709-AGF |
| | ) | |
| KESSLER CORPORATION, | ) | |
| CHARLES C. MCCLOSKEY | ) | |
| LINCOLN CORPORATION, | ) | |
| DAVID MARK ALLEN, | ) | |
| PAL G. CONKEY, and | ) | |
| UNKNOWN NAMED DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Kerry Wells's pro se Motion for Leave to File Second Amended Complaint (ECF No. 27). Plaintiff has not attached a new proposed amended complaint in connection with this motion. Plaintiff previously filed four motions and supplements thereto requesting leave to amend (ECF Nos. 21, 22, 24 & 26). Defendant Charles C. McCloskey, the only Defendant who has been served and who has entered an appearance in this case, has filed an opposition to Plaintiff's earlier-filed motions for leave to amend (ECF No. 25). In his most recent motion, Plaintiff states that he had previously been misadvised by a paralegal who was assisting him with his legal filings, and that he is "now sure of his legal footing." ECF No. 27 at 8.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **January 26, 2018**, Plaintiff shall file a new proposed amended complaint in connection with his most recent motion for

leave to file an amended complaint (ECF No. 27). Failure to comply will result in the denial of Plaintiff's motion for leave to amend.

**IT IS FURTHER ORDERED** that any opposition to Plaintiff's motion for leave to amend shall be due within **seven days** after the date on which Plaintiff files his proposed amended complaint; and Plaintiff shall have **seven days** thereafter to file any reply.

**IT IS FURTHER ORDERED** that Plaintiff's previously filed motions for leave to amend and supplemental motions are **DENIED as moot**. ECF Nos. 21, 22, 24 & 26. The Clerk of Court shall also strike Plaintiff's previously filed proposed amended complaint (ECF No. 17).

**IT IS FURTHER ORDERED** that, other than the new proposed amended complaint and any reply brief in connection with the pending motion for leave to amend (ECF No. 27), as set for the above, Plaintiff shall not file any further motion for leave to amend or supplement thereto until the Court rules on the pending motion for leave to amend.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 19th day of January, 2018.